# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00365 |
| Samuel Christopher Montoya | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 4/8/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - | Entering or Remaining in a Restricted Building; |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building; |
| 40 U.S.C. § 5104(e)(2)(D) - | Violent Entry and Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(E) - | Impeding Passage Through the Capitol Grounds or Buildings; |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Jessica Stone*

*Complainant's signature*

Jessica L. Stone, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   04/08/2021

*Judge's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*