AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Samuel Christopher Montoya (AKA: Unknown)

*Defendant*

)
) Case: 1:21-mj-00365
) Assigned To : Faruqui, Zia M.
) Assign. Date : 4/8/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Samuel Christopher Montoya ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   04/08/2021

2021.04.08 21:16:06 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/8/2021 , and the person was arrested on *(date)* 4/13/2021
at *(city and state)* Austin, TX .

Date: 4/13/2021

Jessica Stone
*Arresting officer's signature*

Jessica Stone  Special Agent
*Printed name and title*