## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NO. 1:21-cr-00336-JDB-1 |
| § | |
| SAMUEL CHRISTOPHER MONTOYA § | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING
### AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

**TO THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:**

NOW COMES SAMUEL CHRISTOPHER MONTOYA, Defendant in the above-entitled and numbered cause, by and through his undersigned Counsel, Donald H. Flanary, III., and respectfully moves to continue the status hearing scheduled for August 24, 2021, for at least 60 days and to exclude time under the Speedy Trial Act, and in support thereof Defendant would respectfully show this Honorable Court as follows:

**I.**

Defendant in this case stands charged by Information with Count One: Entering/Remaining on Restricted Buildings or Grounds in violation of Title 18 U.S.C. § 1752 (a)(1); Count Two: Disorderly/Disruptive Conduct in or near a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752 (a)(2); Count Three: Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104 (e)(2)(D); Count Four: Impeding Passage Through the Capitol Grounds or Buildings in violation of Title 40 U.S.C. § 5104(e)(2)(E); and Count Five: Parading, Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104 (e)(2)(G).

## II.

The Government is working with Defense Counsel in order to provide discovery in this case and the parties hope to be able to negotiate a plea agreement that would obviate the need for a trial. However, the parties need additional time for the production and review of discovery and to engage in discussions. Continuing the status hearing currently scheduled for August 24, 2021, for at least 60 days will provide the parties with additional time for discovery production and review and to engage in discussions.

The Speedy Trial Act requires that, in any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs. 18 U.S.C. § 3161(c)(1). However, the Act excludes any period of delay when a judge grants a continuance and finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). When granting an ends-of-justice continuance, the Court must "set[] forth, in the record of the case, either orally or in writing, its reasons for [that] finding." *Id.*

Here, the exclusion of time through the 60 days best serves the interests and ends of justice and outweighs the interests of the public and the defendant in a speedy trial because excluding such time will afford the Defense the opportunity to engage in plea discussions with the Government and to continue reviewing discovery. The Government does not oppose this motion.

**III.**

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request that the Court continue this matter for at least 60 days and exclude time through and including that date for purposes of any computation under the Speedy Trial Act and for other such relief that this Honorable Court deems just and right.

    Respectfully Submitted,

    FLANARY LAW FIRM, PLLC
    214 E. Ashby Pl.
    San Antonio, Texas 78212
    Tel: (210) 738-8383
    Fax: (210) 728-3438

    BY: _/s/ Donald H. Flanary, III._
        Donald H. Flanary, III.
        State of Texas Bar No. 24045877

    ATTORNEY FOR DEFENDANT,
    Samuel Christopher Montoya.

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2021, a true and exact copy of the above and foregoing Motion was electronically sent *via* CM/ECF to Candice Chiu Wong, Assistant United States Attorney.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

## CERTIFICATE OF CONSULTATION

This is to certify that Undersigned Counsel conferred with the Assistant United States Attorney regarding this motion and:

__X__ She does not oppose it.

_____ She does oppose it.

_____ Our attempts to resolve it were unsuccessful.

_____ Counsel were able to agree regarding the motion as follows: _____

_____

_____ Counsel's attempt to contact the Government was unsuccessful.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.