UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00336-JDB |
| | : | |
| SAMUEL CHRISTOPHER MONTOYA, | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel consents to this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure

1

in discovery of the materials described above.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        D.C. Bar No. 415793

By:     /s/ Candice C. Wong
                        CANDICE C. WONG
                        Assistant United States Attorney
                        D.C. Bar No. 990903
                        555 Fourth Street, N.W., Room 4816
                        Washington, DC 20530
                        Candice.wong@usdoj.gov
                        (202) 252-7849