**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 1:21-CR-336 (JDB)** |
| **SAMUEL CHRISTOPHER MONTOYA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is now assigned to

Assistant United States Attorney Alexis J. Loeb.  AUSA Alexis J. Loeb will be substituting for

AUSA Candice Chiu Wong.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
450 Golder Gate Ave., 11th Floor
San Francisco, CA 94102
Telephone No. (415) 436-7168
Email: Alexis.Loeb@usdoj.gov

CERTIFICATE OF SERVICE

On this 10th day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Alexis J. Loeb*
ALEXIS J. LOEB
Assistant United States Attorney