# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-CR-336 (JDB)** |
| **v.** | : | |
| **SAMUEL CHRISTOPHER MONTOYA,** | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Sentencing in this matter is currently set for February 13, 2023.  The government now has a trial conflict with the hearing.  Having conferred with defense counsel, who does not oppose the continuance, the parties are available during the weeks of April 3, 2023, April 17, 2023, and April 24, 2023.  The government respectfully requests that the Court reschedule the sentencing hearing in this matter for one of those weeks.  A proposed order follows.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Alexis J. Loeb*
       ALEXIS J. LOEB
       Detailee
       Assistant United States Attorney
       C.A. Bar No. 269895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.: 21-CR-336 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **SAMUEL CHRISTOPHER MONTOYA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**[PROPOSED ORDER] CONTINUING SENTENCING HEARING**

Having reviewed the Unopposed Motion to Continue Sentencing Hearing filed in the

above-captioned matter by the United States, it is hereby


ORDERED that the February 13, 2023 sentencing hearing in this matter is rescheduled to

April ____, 2023.


SO ORDERED.



Date: January    , 2023

_____
THE HON. JOHN D. BATES
UNITED STATES DISTRICT JUDGE